JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
483 9th St, Suite 200
Oakland, Ca 94607
Phone: (415) 623-3600
Fax: (415) 623-3605

Attorneys for Defendant
DARON MARQUIS OWENS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARON MARQUIS OWENS,<br><br>Defendant. | CASE NO. CR 14-014 SI<br><br>**NOTICE OF ATTORNEY APPEARANCE OF ASSOCIATE COUNSEL FOR DEFENDANT DARON MARQUIS OWENS** |

TO THE COURT, UNITED STATES, AND DEFENSE COUNSEL:

PLEASE TAKE NOTICE that DARON MARQUIS OWENS hereby files this Notice of Appearance to advise the court that attorney Ashley Riser should be added to the docket as associate counsel on behalf of Defendant DARON MARQUIS OWENS. Please include Ashley Riser in all future correspondence, pleadings, and notices.

Ashley Riser's information is as follows:

Ashley Riser
483 9th St, Suite 200
Oakland, Ca 94607
Email: ashley@jaynelawgroup.com
Phone: (415) 623-3600
Fax:    (415) 623-3605

DATED: October 7, 2020   Respectfully submitted,

JAYNE LAW GROUP, P.C.


By: _____/s/_____
JULIA MEZHINSKY JAYNE
Attorney for Defendant
DARON MARQUIS OWENS

NOTICE OF ATTORNEY APPEARANCE
Case No. CR 14-014 SI