DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quirox@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-000014-001 SI |
| Plaintiff, | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| DARON MARQUIS OWENS, | |
| Defendant. | |

On October 20, 2020, Defendant Daron Marquis Owens filed a motion requesting the Court to grant him early termination of his term of supervised release. Dkt. No. 44. The government does not oppose the defendant's motion.

DATED: November 12, 2020

                                                              Respectfully submitted,

                                                              DAVID L. ANDERSON
                                                              United States Attorney

                                                              */s/*
                                                              CLAUDIA QUIROZ
                                                              Assistant United States Attorney