UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>             Plaintiff,<br><br>   v.<br><br>OWENS,<br><br>             Defendant. | Case No. 14-cr-00014-SI-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 44 |

       Defendant Daron Marquis Owens filed a motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e). Dkt. No. 44. The motion is set for a hearing on November 13, 2020. Pursuant to General Order Nos. 72-4 and 74, which generally limit in-court proceedings due to the coronavirus pandemic, the Court finds this matter appropriate for resolution on the papers and VACATES the hearing. *See also* Fed. R. Crim. P. 32.1(c)(2)(B)-(C) (hearing on modification to supervised release not required where the relief sought is favorable to the person and does not extend the term of supervised release, and where the government has received notice and has had reasonable opportunity to object and has not done so).

       Mr. Owens is currently serving a three-year term of supervised release that began on May 29, 2018. Neither the government nor the U.S. Probation Officer oppose Mr. Owens's motion. *See* Dkt. Nos. 46, 47. The Court has reviewed the papers filed in support of Mr. Owens's motion and "is satisfied that [early termination of supervised release] is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

The court hereby GRANTS the motion for early termination of supervised release and ORDERS that Mr. Owens's supervised release be terminated forthwith.

**IT IS SO ORDERED**.

Dated: November 12, 2020

_____
SUSAN ILLSTON
United States District Judge